# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHARLENE D. WILBORN,**

       **Plaintiff,**

**-vs-**                                                              **Case No. 6:11-cv-1854-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION TO REMAND (Doc. No. 13)
>
> **FILED:** February 24, 2012

The Commissioner of Social Security requests that this matter be remanded to the Social Security Administration for further proceedings under sentence six of 42 U.S.C. § 405(g).[1] Specifically, the recording of the hearing held on April 19, 2011 is partially blank. Additional testimony/questioning was not heard although a log of the hearing recording shows that the claimant's attorney presented additional statements. The Commissioner has not yet filed an answer to Plaintiff's complaint, and Plaintiff does not oppose the request to remand.

---

[1] Section 405(g) provides, in pertinent part, that "[t]he court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . ."

Because good cause has been shown to remand this case and the motion is unopposed, I respectfully recommend that the motion be **GRANTED** and that this case be **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). I further recommend that the Court direct the Clerk of Court to close the file administratively pending resolution of the proceedings on remand.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 27, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Courtroom Deputy