UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLENE D. WILBORN,

Plaintiff,

-vs-  Case No. 6:11-cv-1854-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Unopposed Motion to Remand (Doc. No. 13). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **GRANTED** and the case is to be **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). The Clerk of Court is directed to close the file administratively pending resolution of the proceedings on remand.

It is **SO ORDERED** in Orlando, Florida, this 13 day of March, 2012.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge